No. 80–645.   BURGIN v. UNITED STATES.   C. A. 5th Cir. Certiorari denied. ▮

No. 80–647.   PIERCE ET AL. v. NECA–IBEW WELFARE TRUST FUND.   C. A. 6th Cir.   Certiorari denied. ▮

No. 80–656.   APPLING COUNTY, GEORGIA, ET AL. v. MUNICIPAL ELECTRIC AUTHORITY OF GEORGIA ET AL.   C. A. 5th Cir. Certiorari denied. ▮

No. 80–679.   DELGADO ET AL. v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied. ▮

No. 80–687.   CLAFLIN v. CLAFLIN.   App. Ct. Ill., 1st Dist. Certiorari denied. ▮

No. 80–696.   AMERICAN TRANSFER & STORAGE CO. v. BROWN.   Sup. Ct. Tex.   Certiorari denied. ▮

No. 80–701.   THOMPSON v. UNITED STATES DEPARTMENT OF JUSTICE, DRUG ENFORCEMENT ADMINISTRATION.   C. A. 9th Cir.   Certiorari denied. ▮

No. 80–5011.   BROWER v. UNITED STATES; and
No. 80–5023.   MARINO v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.   Reported below: 617 F. 2d 76.

No. 80–5048.   BURBANK v. WARDEN, ILLINOIS STATE PENITENTIARY, ET AL.   C. A. 7th Cir.   Certiorari denied. ▮

No. 80–5143.   MOLINARIO v. LOUISIANA.   Sup. Ct. La. Certiorari denied. ▮

No. 80–5169.   BROWN v. WISCONSIN.   Sup. Ct. Wis.   Certiorari denied. ▮